UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHAMEKA MICHELLE SEDDENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CV1396 HEA |
| | ) |
| GREAT CUTS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that, as to defendant Seameus McGowan, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 4th day of September, 2009.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE